**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **PRELIMINARY ORDER** |
| | ) | **OF FORFEITURE** |
| vs. | ) | |
| | ) | Case No. 1:08-cr-009 |
| Donald Heck, | ) | |
| | ) | |
| Defendant. | ) | |

_____

WHEREAS, in the Indictment regarding the above case, the United States sought forfeiture of specific property of the above-captioned defendant, Donald Heck, pursuant to 18 U.S.C. § 492, and 28 U.S.C. § 2461(c), as property used, or intended to be used, to commit or to promote the commission of violations of 18 U.S.C. § 471.

As a result of the guilty plea on April 21, 2008, together with the defendant's waiver of any rights to the property pursuant to the Plea Agreement, the defendant, Donald Heck, shall forfeit to the United States of America all of his right, title and interest to:

Epson Stylus Printer/Scanner model CS4450; and
Genuine $50 FRN serial number IB72670916A (Pattern Note).

It is **ORDERED, ADJUDGED** and **DECREED**:

1.  That all of the defendant's right, title and interest in the following property is forfeited, that the United States is authorized to seize the following property at the time of sentencing, and it will be forfeited to the United States of America for disposition in accordance with the law, that being:

Epson Stylus Printer/Scanner model CS4450; and
Genuine $50 FRN serial number IB72670916A (Pattern Note).

2.  That all of the foreited property is to be held by the United States Secret Service, in their custody and control.

3.  That the United States Secret Service shall publish at least once for three successive weeks in The Bismarck Tribune, a newspaper of general circulation where the forfeited property was seized, notice of this Order, notice of the Government's intent to dispose of the property in such manner as the United States may direct and notice that any person, other than the defendant, having or claiming a legal interest in the above-listed forfeited property must file a petition with the court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought.

The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Order of Forfeiture, as a substitute for published notice as to those persons so notified.

4.  That upon adjudication of any and all third-party interests, this Court will enter a Final Order of Forfeiture in which all interests will be addressed.

**IT IS SO ORDERED.**

Dated this 23rd day of April 2008.

/s/ Daniel L. Hovland
Daniel L. Hovland, Chief Judge
United States District Court