# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **FINAL ORDER OF FORFEITURE** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 1:08-cr-009 |
| Donald Heck, | ) | |
| | ) | |
| Defendant. | ) | |

_____

The Court entered an Amended Preliminary Order of Forfeiture on May 7, 2008, pursuant to the provisions of 18 U.S.C. § 492 and 28 U.S.C. § 2461(c).  Notice of Criminal Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days beginning on June 2, 2008.  On June 24, 2008, July 1, 2008, and July 8, 2008, the United States published in The Bismarck Tribune, a newspaper of general circulation, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property.

There were no filed verified petitions in this action claiming an ownership interest in the property listed, and it appears from the record that no other claims, contested or otherwise, have been filed for the property described in the Court's Order of Forfeiture.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. The right, title, and interest to all of the hereinafter described property of the defendant is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2.  The following property belonging to DONALD HECK, who is the subject of this Order, is hereby forfeited to the United States of America:

> Epson Stylus Printer/Scanner model CS4450; and
> Genuine $50 FRN serial number IB72670916A (Pattern Note).

3.  Any and all forfeited property is to be held by the United States Secret Service, be disposed of by said agency according to law.

The Clerk is hereby directed to send certified copies of this Order to all counsel of record and to the United States Secret Service.

**IT IS SO ORDERED.**

Dated this 18th day of August, 2008.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court